1

2

3

4

5

6

7                                       UNITED STATES DISTRICT COURT

8                                     EASTERN DISTRICT OF CALIFORNIA

9

10    TERRENCE BROWN LEE,                    )          1:06-CV-0320 OWW SMS HC
                                             )
11            Petitioner,                    )          ORDER DENYING MOTION FOR
                                             )          APPOINTMENT OF COUNSEL
12            v.                             )          (DOCUMENT #6)
                                             )
13    M. KRAMER,                             )
                                             )
14                                           )
              Respondent.                    )
15    _____)

16            Petitioner has requested the appointment of counsel.  There currently exists no absolute

17    right to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d

18    479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.),

19    cert. denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the appointment

20    of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Rules

21    Governing Section 2254 Cases.  In the present case, the court does not find that the interests of

22    justice would be served by the appointment of counsel at the present time.  Accordingly, IT IS

23    HEREBY ORDERED that petitioner's request for appointment of counsel is denied.

24    IT IS SO ORDERED.

25    **Dated:    April 27, 2006**                            **/s/ Sandra M. Snyder**
      23ehd0                                           UNITED STATES MAGISTRATE JUDGE
26

27

28

Dockets.Justia.com