UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERRENCE BRONWLEE, | ) | 1:06-CV-0320 OWW SMS HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #15] |
| | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| v. | ) | OF HABEAS CORPUS |
| | ) | [Doc. #1] |
| | ) | |
| | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION FOR RECONSIDERATION |
| M. KRAMER, | ) | [Doc. #16] |
| | ) | |
| Respondent. | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 8, 2006, the Magistrate Judge issued Findings and Recommendation that recommended the petition be DISMISSED as successive. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On May 11, 2006, Petitioner filed objections to the Findings and Recommendation and a motion for reconsideration of the Magistrate Judge's order denying appointment of counsel.

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file and having considered the objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis, and there is no need to modify the Findings and Recommendations based on the points raised in the objections.

With respect to Petitioner's request to reconsider appointment of counsel, as stated by the Magistrate Judge, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In this case, the Magistrate Judge correctly found that the interests of justice do not require the appointment of counsel at the present time.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued May 8, 2006, is ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is DISMISSED;

3. Petitioner's motion for reconsideration is DENIED; and

4. The Clerk of Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

**Dated:  May 24, 2006**           **/s/ Oliver W. Wanger**
emm0d6                              UNITED STATES DISTRICT JUDGE