



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

TERRENCE BROWNLEE,

vs.

M. KRAMER,

_____/

**ORDER RE: CERTIFICATE OF APPEALABILITY**

CV-F-06-320 OWW/SMS HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____   Granted for the following reason:

_____

_____

_____

_____

___X___   Denied for the following reason:

Successive petition — no permission from Court of Appeals.

_____

Dated: 7-7-06

OLIVER W. WANGER
United States District Judge