

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MAR 2 1 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
　　　　DEPUTY CLERK

TERRENCE BROWNLEE,

vs.

M. KRAMER,

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:06-CV-00320 OWW/SMS HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____    Granted for the following reason:

_____
_____
_____

  X      Denied for the following reason:

SUCCESSIVE PETITION NO NINTH CIRCUIT
CERTIFICATION

Dated: 3-20-07

OLIVER W. WANGER
United States District Judge